IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PAULETTE SCOTT, et al.,

  Plaintiffs,

    v.

ATLANTA INDEPENDENT
SCHOOL SYSTEM, et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-1949-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Defendants' Objections to the Order of the Magistrate Judge granting the Plaintiff's Motion to Remand [Doc. 7]. For the reasons set forth in the Objections, I agree that under the unique facts here that the case became removable when the Plaintiffs filed and served their Third Amended Complaint. The Plaintiffs' Motion to Remand [Doc. 7] is DENIED.

SO ORDERED, this 14 day of October, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge